Terry Parks
PO Box 136, Wayland, MI 49348
Telephone No.: (269) 225-7424
Email: terry@emailterry.com

OCT 13 2020
Clerk, U.S. Courts
District of Montana
Missoula Division

### IN THE UNITED STATES DISTRICT COURT
### MONTANA DISTRICT, MISSOULA DIVISION

| | | |
|---|---|---|
| Terry Parks, | | |
| | Petitioner, | REQUEST FOR GRANT OF A BRIEF EXTENSION |
| v. | | OF TIME IN WHICH TO FILE MY HABEAS PETITION |
| State of Montana, | | |
| | Respondent | |

---

    I, Terry Parks, appearing pro se in this Court, received an response from this Court that provided me notice that I had until October 9, 2020 to file my Habeas petition with the Court. I had interpreted the statute wrongly and thought I only had 6 months in which to file my petition after exhausting all of my available recourse in the Montana state courts.

    Since receiving the responsive date from this Court I have very diligently over that past several weeks attempted to exhaust my pursuit of finding appropriate counsel to represent me in this Habeas petition and proceeding. After contacting literally dozens of potential attorneys in Montana who do appellate work, and following up on their referrals as well, I was not able to find any attorney both able and willing to represent my unique and complex issues in the Habeas petition in the Federal court system. Therefore I decided I was again forced to file this petition pro se and have over the past many days worked very hard to prepare a cogent and effective petition to submit to this Court by October 9, 2020 (today), even staying up all hours of the night to do so.

    I was getting very close to completing the petition filing when I ran into both a computer problem that stopped me from printing and copying everything as I had to do, as well as another issue that prevented me from having sufficient time to work on alternatives to get it all completed. There is so much involved in my case that it is time-consuming and tedious to bring all of the materials together and write out all that is needed in the proper way.

Therefore, in good faith and so that justice will be further served, I am respectfully requesting of this Court that an extension of 10 days be granted to me, until October 19, 2020, in which to hear back from this Court on this request and to proceed to finish and file my Habeas petition along with the attendant $5.00 filing fee.

Respectfully submitted this 9th day of October, 2020

*/s/ Terry Parks*

Terry Parks, Petitioner/Appellant, pro se

This is a cause resulting from a judgment in the Missoula Fourth Judicial District Court in the criminal case in which I was convicted, namely DC-10-371.